**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Pennsylvania State System of Higher Education, West Chester University, | : : | |
| Petitioner | : : | |
| v. | : | No. 2057 C.D. 2014 |
| | : | |
| Association of Pennsylvania State College and University Faculties, | : : | |
| Respondent | : | |

## O R D E R

AND NOW, this 18th day of September, 2015, upon consideration of the Association of Pennsylvania State College and University Faculties' application for relief, the order issued on July 24, 2015, in the above-captioned matter is hereby amended to state:

> AND NOW, this 24th day of July 2015, the arbitrator's award of October 16, 2014, is hereby **CONFIRMED pursuant to Section 7314(d) of the Uniform Arbitration Act, 42 Pa. C.S. § 7314(d)**.

_____

**BONNIE BRIGANCE LEADBETTER,**
Judge